SHEVILL et al. v. UNITED STATES.

(Circuit Court, S. D. New York. December 9, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—TOYS.

Hollow glass spheres, three-fourths of an inch in diameter (and too large to be described as beads), covered with tinsel and strung for hanging on Christmas trees, etc., were dutiable as toys, under paragraph 321 of the act of August 28, 1894, and not under paragraph 99, as "glass beads" strung.

This was an application to review a decision of the board of general appraisers affirming a decision of the collector of the port of New York, in regard to the classification for duties under the act of August 28, 1894, of certain hollow glass spheres about three-fourths of one inch in diameter, as "toys," under paragraph 321.

Everit Brown, for plaintiffs.
Henry C. Platt, Asst. U. S. Atty.

WHEELER, District Judge.   These articles are hollow glass spheres covered with tinsel, and strung, for hanging on Christmas trees, etc., and were assessed as toys, against a protest that they came under paragraph 99, as "glass beads, loose, strung, or carded." They may not be toys, strictly; but the protest cannot be sustained unless they are "beads," which are defined to be little perforated

balls, to be strung on a thread and worn for an ornament. These are too large to come within that definition, and are not to be worn. They do not appear to be beads. Decision affirmed.